## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 8 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. Vincent Straughter | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Preliminary examination hearing set for 6/3/2008 at 11:00 a.m.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|