UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-8 |
| v. | ) | |
| | ) | Hon. Martin C. Ashman |
| VINCENT STRAUGHTER | ) | Magistrate Judge |

**GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY
DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a Rule to Show Cause why the defendant's supervised release should not be revoked for the reasons set forth in the Pretrial Services Violation Report by Pretrial Services Officer Pace Morrison dated July 17, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-8 |
| v. | ) | |
| | ) | Hon. Martin C. Ashman |
| VINCENT STRAUGHTER | ) | Magistrate Judge |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on July 18, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

> GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY
> DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 S. Dearborn Street - Fifth Floor
Chicago, Illinois  60604
(312) 353-0951