UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-8 |
| v. | ) | |
| | ) | Hon. Martin C. Ashman |
| VINCENT STRAUGHTER | ) | Magistrate Judge |

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 11:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Martin C. Ashman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY
DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 S. Dearborn Street - Fifth Floor
Chicago, Illinois  60604
(312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-8 |
| v. | ) | |
| | ) | Hon. Martin C. Ashman |
| VINCENT STRAUGHTER | ) | Magistrate Judge |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on July 18, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

NOTICE OF MOTION:

GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 S. Dearborn Street - Fifth Floor
Chicago, Illinois  60604
(312) 353-0951