# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 8 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Vincent Straughter | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/28/2008. Government's motion for a rule to show cause why defendant's supervised release should not be revoked [213] is quashed.

Docketing to mail notices.

00:03 oah

| | Courtroom Deputy Initials: | IS |
|---|---|---|