

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE ZAGEL ~~MAGISTRATE JUDGE ASHMAN~~ | Sitting Judge If Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08-CR-00401 | DATE | AUGUST 21, 2008 |
| CASE TITLE | US v. ISAIAH HICKS, et al | 08CR 401 | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge Geraldine Soat Brown

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE AS TO ISAIAH HICKS, KEVIN MASUCA, DANIEL COPRICH, UBEX LOPEZ, GLENN ISLAND, SHEMIKA MASON, JOHNNIE LAVELL YOUNG, JOSHUA McELROY, PATRICK JONES, SCOTT O'NEAL and JOE LONG. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO IVORY WATSON, AHMAD WILLIAMS, SANFORD TOWNSEND, JR., VINCENT STRAUGHTER, COREY WILLIAMS, JAMAL WASHINGTON, ANDREA THOMAS, MICHAEL GONZALEZ, ROMELL HOLLINGSWORTH, DESHAUN GERMANY, CHRISTOPHER GAVIN, LATASHA WILLIAMS, ETHEL HAROLD, MAXINE RUFFETTI, and MAY WATSON. WARRANT PREVIOUSLY ISSUED ON 20 MAY 2008 AS TO DWAYNE GARRETT. DEFENDANT IS A FUGITIVE.

FILED

AUG 2 1 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE ______________ (ONLY IF FILED UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone | | Date mailed notice |
| Docketing to mail notices | | Mailing dpty. initials |
| Mail AO 450 form. | | DOCKET# |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |